UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PLUMBERS AND PIPEFITTERS LOCAL
123 PENSION FUND, et al.,**

    **Plaintiffs,**

v.                                        Case No.  8:06-cv-2255-T-30MSS

**APOLLO CONSTRUCTION AND
ENGINEERING SERVICES, INC.,**

    **Defendant.**
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Plaintiffs' Notice of Voluntary Dismissal With Right to Reopen (Dkt. #7).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 27, 2007.

                                                               JAMES S. MOODY, JR.
                                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2006\06-cv-2255.dismissal 7.wpd