## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**PLUMBERS AND PIPEFITTERS LOCAL
123 PENSION FUND, et al.,**

    **Plaintiffs,**

v.                                                                          Case No.  8:06-cv-2255-T-30MSS

**APOLLO CONSTRUCTION AND
ENGINEERING SERVICES, INC.,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiffs' Affidavit in Support of the Amount Due Under Settlement Agreement (Dkt. #11).  The Court, having considered the Affidavit, Settlement Agreement, and being otherwise advised in the premises, concludes that Judgment should be entered in favor of Plaintiffs.

It is therefore ORDERED AND ADJUDGED that:

1. The Clerk is directed to enter **JUDGMENT** in the amount of **$59,963.84** (consisting of $55,963.84 in damages and $4,000 in attorneys fees pursuant to the Settlement Agreement) in favor of Plaintiffs and against Defendant.

2. The Clerk is also directed to **CLOSE** this case and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on March 7, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2006\06-cv-2255.jud 11.wpd